IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| IN RE: XARELTO (RIVAROXABAN) ('310) PATENT LITIGATION | MDL NO. 21-MD-3017 (RGA) |
| BAYER PHARMA AG, BAYER AG and JANSSEN PHARMACEUTICALS, INC., Plaintiffs, v. LUPIN LIMITED, et al. Defendants. | C.A. No. 21-314 (RGA) (JLH) (Consolidated) |
| BAYER PHARMA AG, BAYER AG and JANSSEN PHARMACEUTICALS, INC., Plaintiffs, v. MYLAN PHARMACEUTICALS INC. and MYLAN INC. Defendants. | C.A. No. 21-1742 (RGA) |
| BAYER PHARMA AG, BAYER AG and JANSSEN PHARMACEUTICALS, INC., Plaintiffs, v. DR. REDDY'S LABORATORIES, INC. and DR. REDDY'S LABORATORIES, LTD., Defendants. | C.A. No. 23-410 (RGA) |

| | | |
|---|---|---|
| BAYER PHARMA AG, BAYER AG, and JANSSEN PHARMACEUTICALS, INC., | ) ) ) | |
| Plaintiffs, | ) ) ) | |
| v. | ) ) | C.A. No. 25-349 (RGA) |
| LUPIN LIMITED and LUPIN PHARMACEUTICALS, INC., | ) ) ) | |
| Defendants. | ) ) | |
| BAYER PHARMA AG, BAYER AG, and JANSSEN PHARMACEUTICALS, INC., | ) ) ) ) | |
| Plaintiffs, | ) ) ) | |
| v. | ) ) | C.A. No. 25-631 (RGA) |
| AUROBINDO PHARMA LIMITED and AUROBINDO PHARMA USA, INC., | ) ) ) | |
| Defendants. | ) ) | |
| BAYER PHARMA AG, BAYER AG, and JANSSEN PHARMACEUTICALS, INC., | ) ) ) ) | |
| Plaintiffs, | ) ) | C.A. No. 25-694 (RGA) |
| v. | ) ) ) | |
| APOTEX INC. and APOTEX CORP., | ) ) ) | |
| Defendants. | ) ) | |

2

| | | |
|---|---|---|
| BAYER PHARMA AG, BAYER AG, and JANSSEN PHARMACEUTICALS, INC., <br><br> Plaintiffs, <br><br> v. <br><br> MACLEODS PHARMACEUTICALS LTD. and MACLEODS PHARMA USA, INC., <br><br> Defendants. | ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) | C.A. No. 25-719 (RGA) |
| BAYER PHARMA AG, BAYER AG, and JANSSEN PHARMACEUTICALS, INC., <br><br> Plaintiffs, <br><br> v. <br><br> ALEMBIC PHARMACEUTICALS LIMITED, ALEMBIC GLOBAL HOLDING SA, and ALEMBIC PHARMACEUTICALS, INC., <br><br> Defendants. | ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) | C.A. No. 25-753 (RGA) |
| BAYER PHARMA AG, BAYER AG, and JANSSEN PHARMACEUTICALS, INC., <br><br> Plaintiffs, <br><br> v. <br><br> HETERO LABS LIMITED, ASCENT PHARMACEUTICALS INC., and CAMBER PHARMACEUTICALS, INC., <br><br> Defendants. | ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) | C.A. No. 25-754 (RGA) |

3

|   |   |   |
|---|---|---|
| BAYER PHARMA AG, BAYER AG and JANSSEN PHARMACEUTICALS, INC., | ) ) ) ) | |
| Plaintiffs, | ) ) | C.A. No. 25-1043 (RGA) |
| v. | ) ) | |
| DR. REDDY'S LABORATORIES, INC. and DR. REDDY'S LABORATORIES, LTD., | ) ) ) | |
| Defendants. | ) ) | |

## NOTICE OF WITHDRAWAL OF COUNSEL

PLEASE TAKE NOTICE that the appearance of Gwen Hochman Stewart, Esquire, of SIDLEY AUSTIN LLP is hereby withdrawn as counsel of record for Plaintiff Janssen Pharmaceuticals, Inc. ("Janssen"). Janssen continues to be represented by attorneys of the firms of MORRIS, NICHOLS, ARSHT & TUNNELL LLP and SIDLEY AUSTIN LLP.

MORRIS, NICHOLS, ARSHT & TUNNELL LLP

*/s/ Derek J. Fahnestock*

Rodger D. Smith (#3778)
Derek J. Fahnestock (#4705)
1201 North Market Street
P.O. Box 1347
Wilmington, DE  19899
(302) 658-9200
rsmith@morrisnichols.com
dfahnestock@morrisnichols.com

*Attorneys for Plaintiff Janssen Pharmaceuticals, Inc.*

September 3, 2025

4

# **CERTIFICATE OF SERVICE**

I hereby certify that on September 3, 2025, I caused the foregoing to be electronically filed with the Clerk of the Court using CM/ECF, which will send notification of such filing to all registered participants.

I further certify that I caused copies of the foregoing document to be served on September 3, 2025, upon the following in the manner indicated:

| | |
|---|---|
| Neal C. Belgam, Esquire<br>Daniel A. Taylor, Esquire<br>SMITH KATZENSTEIN & JENKINS LLP<br>1000 West Street, Suite 1501<br>Wilmington, DE  19801<br>*Attorneys for Defendants Dr. Reddy's Laboratories, Inc. and Dr. Reddy's Laboratories, Ltd.* | *VIA ELECTRONIC MAIL* |
| Andrew J. Miller, Esquire<br>Frank D. Rodriguez, Esquire<br>Louis H. Weinstein, Esquire<br>Kiersten A. Fowler, Esquire<br>WINDELS MARX LANE & MITTENDORF, LLP<br>One Giralda Farms<br>Madison, NJ  07940<br>*Attorneys for Defendants Dr. Reddy's Laboratories, Inc. and Dr. Reddy's Laboratories, Ltd.* | *VIA ELECTRONIC MAIL* |
| John C. Phillips, Jr., Esquire<br>Megan C. Haney, Esquire<br>PHILLIPS, MCLAUGHLIN & HALL, P.A.<br>1200 North Broom Street<br>Wilmington, DE  19806<br>*Attorneys for Defendants Lupin Limited and Lupin Pharmaceuticals, Inc.* | *VIA ELECTRONIC MAIL* |

Lance A. Soderstrom, Esquire  *VIA ELECTRONIC MAIL*
Deepro Mukerjee, Esquire
KATTEN MUCHIN ROSENMAN LLP
50 Rockefeller Plaza
New York, NY 10020-1605
*Attorneys for Defendants Lupin Limited and Lupin Pharmaceuticals, Inc.*

Jillian M. Schurr, Esquire  *VIA ELECTRONIC MAIL*
KATTEN MUCHIN ROSENMAN LLP
525 West Monroe Street
Chicago, IL 60661
*Attorneys for Defendants Lupin Limited and Lupin Pharmaceuticals, Inc.*

Jitty Malik, Ph.D.  *VIA ELECTRONIC MAIL*
KATTEN MUCHIN ROSENMAN LLP
550 South Tryon Street, Suite 2900
Charlotte, NC 28202-4213
*Attorneys for Defendants Lupin Limited and Lupin Pharmaceuticals, Inc.*

Anne Shea Gaza, Esquire  *VIA ELECTRONIC MAIL*
Robert M. Vrana, Esquire
YOUNG CONAWAY STARGATT & TAYLOR, LLP
Rodney Square
1000 North King Street
Wilmington, DE 19801
*Attorneys for Defendants Taro Pharmaceutical Industries Ltd. and Taro Pharmaceuticals U.S.A., Inc.*

Stephen P. Benson, Esquire  *VIA ELECTRONIC MAIL*
Kimberly A. Beis, Esquire
VORYS, SATER, SEYMOUR AND PEASE LLP
*Attorneys for Defendants Taro Pharmaceutical Industries Ltd. and Taro Pharmaceuticals U.S.A., Inc.*

John W. Shaw, Esquire      *VIA ELECTRONIC MAIL*
Karen E. Keller, Esquire
Nathan R. Hoeschen, Esquire
SHAW KELLER LLP
I.M. Pei Building
1105 North Market Street, 12th Floor
Wilmington, DE  19801
*Attorneys for Defendant Teva Pharmaceuticals USA, Inc.*

J.C. Rozendaal, Esquire      *VIA ELECTRONIC MAIL*
Chandrika Vira, Esquire
Brady P. Gleason, Esquire
STERNE, KESSLER, GOLDSTEIN & FOX P.L.L.C.
1101 K Street, NW, 10th Floor
Washington, DC  20005
*Attorneys for Defendant Teva Pharmaceuticals USA, Inc.*

David E. Moore, Esquire      *VIA ELECTRONIC MAIL*
Bindu A. Palapura, Esquire
POTTER ANDERSON & CORROON LLP
Hercules Plaza, 6th Floor
1313 North Market Street
Wilmington, DE  19801
*Attorneys for Defendants Mylan Pharmaceuticals Inc. and Mylan Inc.*

Wendy L. Devine, Esquire      *VIA ELECTRONIC MAIL*
WILSON SONSINI GOODRICH & ROSATI P.C.
One Market Plaza
Spear Tower, Suite 3300
San Francisco, CA  94105
*Attorneys for Defendants Mylan Pharmaceuticals Inc. and Mylan Inc.*

Elham Firouzi Steiner, Esquire      *VIA ELECTRONIC MAIL*
WILSON SONSINI GOODRICH & ROSATI P.C.
12235 El Camino Real
San Diego, CA  92130
*Attorneys for Defendants Mylan Pharmaceuticals Inc. and Mylan Inc.*

Ty W. Callahan, Esquire                                             *VIA ELECTRONIC MAIL*
WILSON SONSINI GOODRICH & ROSATI P.C.
633 West 5th Street, Suite 1550
Los Angeles, CA  90071
*Attorneys for Defendants Mylan*
*Pharmaceuticals Inc. and Mylan Inc.*

John M. Seaman, Esquire                                             *VIA ELECTRONIC MAIL*
April M. Ferraro, Esquire
ABRAMS & BAYLISS LLP
20 Montchanin Road, Suite 200
Wilmington, DE 19807
*Attorneys for Defendants Cipla Ltd.,*
*Cipla USA Inc. and Invagen Pharmaceuticals, Inc.*

Neal Seth, Esquire                                                  *VIA ELECTRONIC MAIL*
Teresa M. Summers, Esquire
WILEY REIN LLP
2050 M Street NW
Washington, DC  20036
*Attorneys for Defendants Cipla Ltd.,*
*Cipla USA Inc. and Invagen Pharmaceuticals, Inc.*

Kenneth L. Dorsney, Esquire                                         *VIA ELECTRONIC MAIL*
Cortlan S. Hitch, Esquire
MORRIS JAMES LLP
500 Delaware Avenue, Suite 1500
Wilmington, DE  19801
*Attorneys for Defendants Apotex Inc.*
*and Apotex Corp.*

Brian Sodikoff, Esquire                                             *VIA ELECTRONIC MAIL*
Rachel L. Schweers, Esquire
KATTEN MUCHIN ROSENMAN LLP
525 West Monroe Street
Chicago, IL  60661-3693
*Attorneys for Defendants Apotex Inc.*
*and Apotex Corp.*

R Touhey Myer, Esquire                                              *VIA ELECTRONIC MAIL*
KRATZ & BARRY LLP
800 N. West Street
Wilmington, DE 19801
*Attorneys for Defendants Aurobindo Pharma*
*Limited and Aurobindo Pharma USA, Inc.*

4

Timothy H. Kratz, Esquire        *VIA ELECTRONIC MAIL*
George J. Barry III, Esquire
John Thallemer, Esquire
KRATZ & BARRY LLP
1050 Crown Pointe Parkway, Suite 500
Atlanta, GA 30338
*Attorneys for Defendants Aurobindo Pharma Limited and Aurobindo Pharma USA, Inc.*

Michael P. Hogan, Esquire        *VIA ELECTRONIC MAIL*
KRATZ & BARRY LLP
622 South 4th Street
P.O. Box 63765
Philadelphia, PA 19147
*Attorneys for Defendants Aurobindo Pharma Limited and Aurobindo Pharma USA, Inc.*

Stamatios Stamoulis, Esquire        *VIA ELECTRONIC MAIL*
Richard C. Weinblatt, Esquire
STAMATIOS & WEINBLATT LLC
800 N. West Street Third Floor
Wilmington, Delaware 19801
*Attorneys for Defendants Macleods Pharmaceuticals Ltd. and Macleods Pharma USA, Inc.*

                                                 */s/ Derek J. Fahnestock*

                                                 Derek J. Fahnestock (#4705)