# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| IN RE: XARELTO (RIVAROXABAN) ('310) PATENT LITIGATION | ) ) ) ) | MDL NO. 21-MD-3017 (RGA) |
| BAYER PHARMA AG, BAYER AG, and JANSSEN PHARMACEUTICALS, INC., | ) ) ) ) ) ) | |
| Plaintiffs, | ) ) | Case No.: 1:25-754-RGA |
| v. | ) ) | |
| HETERO LABS LIMITED, ASCENT PHARMACEUTICALS INC., and CAMBER PHARMACEUTICALS, INC., | ) ) ) ) | |
| Defendants. | ) ) | |

## DEFENDANTS' CORPORATE DISCLOSURE STATEMENT

Pursuant to Fed. R. Civ. P. 7.1, the undersigned counsel for Defendants Hetero Labs Limited, Ascent Pharmaceuticals Inc. and Camber Pharmaceuticals, Inc., make the following disclosure:

1. Hetero Labs Limited has no parent company and no publicly traded company owns 10% or more of its stock.

2. Ascent Pharmaceuticals, Inc., has no parent company and no publicly traded company owns 10% of its stock.

3. Camber Pharmaceuticals, Inc., is subsidiary of Hetero Labs Limited and no publicly traded company owns 10% or more of Camber's stock.

- 2 -

Dated: September 5, 2025

    */s/ Kenneth L. Dorsney*
Kenneth L. Dorsney (#3726)
Cortlan S. Hitch (#6720)
MORRIS JAMES LLP
500 Delaware Avenue, Suite 1500
Wilmington, DE 19801
(302) 888-6800
kdorsney@morrisjames.com
chitch@morrisjames.com

*Attorneys for Defendants*